```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 50371
   GREGORY GATEWOOD
   TIKI L GATEWOOD                           CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0927      SSN XXX-XX-1777

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/15/2003 and was confirmed 02/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/13/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC  UNSECURED         2872.39            .00          2872.39
ABN AMRO MORTGAGE GROUP   CURRENT MORTG       .00              .00             .00
ABN AMRO MORTGAGE GROUP   MORTGAGE ARRE     2343.25            .00          2343.25
WELLS FARGO FINANCIAL ~   SECURED          18350.00          4434.66       18350.00
WELLS FARGO FINANCIAL ~   UNSECURED         9845.30            .00          9845.30
TRI COUNTY ACCOUNTS       PRIORITY         NOT FILED          .00             .00
*SCHOTTLER & ZUKOSKY      PRIORITY         NOT FILED          .00             .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED          .00             .00
ARONSON FURNITURE         SECURED            507.00          300.70          507.00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00             .00
AURITION SOLUTIONS        NOTICE ONLY      NOT FILED          .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY      NOT FILED          .00             .00
CAPITAL ONE BANK          UNSECURED          844.09            .00           844.09
CHARTER ONE BANK          UNSECURED          935.95            .00           935.95
CHECK N GO                UNSECURED          890.33            .00           890.33
CITY OF CHICAGO PARKING   UNSECURED          290.00            .00           290.00
GC SERVICES LTD           NOTICE ONLY      NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED         2497.97            .00          2497.97
HOMEMAKERS                UNSECURED        NOT FILED          .00             .00
LINCOLN DENTAL            UNSECURED        NOT FILED          .00             .00
LYNCH CHRYSLER/JEEP INC   UNSECURED          855.85            .00           855.85
ECAST SETTLEMENT CORP     UNSECURED          581.92            .00           581.92
RADIO SHACK               UNSECURED        NOT FILED          .00             .00
RJM AQUISITIONS FUNDING   UNSECURED          202.41            .00           202.41
RESURGENT CAPITAL SERVIC  UNSECURED         3535.85            .00          3535.85
SPIEGEL                   UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED         2441.92            .00          2441.92
RESURGENT CAPITAL SERVIC  UNSECURED          998.89            .00           998.89
CARD SERVICE CENTER       UNSECURED          399.14            .00           399.14
ARONSON FURNITURE         UNSECURED          163.35            .00           163.35
ILLINOIS DEPT OF CHILDRE  UNSECURED         3761.00            .00          3761.00
ECAST SETTLEMENT CORP     UNSECURED         2339.60            .00          2339.60

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 03 B 50371 GREGORY GATEWOOD & TIKI L GATEWOOD
```

```
*SCHOTTLER & ZUKOSKY     DEBTOR ATTY    2,780.00                    2,780.00
TOM VAUGHN               TRUSTEE                                    3,940.04
DEBTOR REFUND            REFUND                                     7,634.07

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  73,745.68

PRIORITY                                          .00
SECURED                                     21,200.25
    INTEREST                                 4,735.36
UNSECURED                                   33,455.96
ADMINISTRATIVE                               2,780.00
TRUSTEE COMPENSATION                         3,940.04
DEBTOR REFUND                                7,634.07
                         ---------------    ---------------
TOTALS                   73,745.68          73,745.68
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/13/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE